ANDREW M. KLAPPER, M.D., Appellant, v RENEE GRAZIANO et al., Defendants, and WEINSTEIN COMPANY et al., Respondents.

Submitted November 2, 2015; decided December 16, 2015

■

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

■

In the Matter of DANIEL MARTUSCELLO, JR., as Superintendent of Coxsackie Correctional Facility, Respondent, v JUA SMITH, Appellant.

Submitted October 26, 2015; decided December 16, 2015

■

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not a nonfinal order of the type within the meaning of CPLR 5602 (a) (2).

■

MIDWEST GOLDBUYERS, INC., Appellant, v BRINK'S GLOBAL SERVICES USA, INC., a Delaware Corporation, Respondent.

Submitted October 13, 2015; decided December 16, 2015

■

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.